Decided 26 June, 1902.
### RICHARDS' ESTATE.

From Multnomah: JOHN B. CLELAND, Judge.

This was an appeal from an order of the circuit court sustaining an order of the county court directing the sale of certain realty belonging to the estate of Solomon Richards.

AFFIRMED.

*Messrs. George W. P. Joseph* and *H. B. Nicholas* for appellant.

*Messrs. Paxton, Beach & Simon* for respondents.

Pursuant to the stipulation of the parties, the decree appealed from was affirmed without costs to either party.

AFFIRMED.